FILED
March 4, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　)
　　　　　　　　　　　　　　　)　　Case No. 2:15-cr-00051-GEB
　　　　　　Plaintiff,　　　　)
v.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　)　　ORDER FOR RELEASE OF
SHALLYA KUMAR SHARMA,　　　　)　　PERSON IN CUSTODY
　　　　　　　　　　　　　　　)
　　　　　　Defendant.　　　　)

TO:　　UNITED STATES MARSHAL:

This is to authorize and direct you to release, SHALLYA KUMAR SHARMA, Case No. 2:15-cr-00051-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___　　Release on Personal Recognizance

_X_　　Bail Posted in the Sum of: $20,000.00.

　　　　___　　Co-Signed Unsecured Appearance Bond

　　　　_X_　　Secured Appearance Bond (Cash)

　　　　_X_　　(Other) Conditions as stated on the record.

　　　　_X_　　(Other) The secured bond paperwork to be filed by 3/9/2016.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  3/4/2016  at  2:20 p.m.

By　_____
　　Edmund F. Brennan
　　United States Magistrate Judge