1  REICHEL & PLESSER LLP
   MARK J. REICHEL, State Bar #155034
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone: (916) 498-9258

4  Attorney for SHALLYA SHARMA

5

6

7                     IN THE UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              CASE NO. 15-051 GEB
10
                          Plaintiff,      STIPULATION TO CONTINUE STATUS
11                                        CONFERENCE
                   v.
12                                        DATE: May 20, 2016
   SHALLYA SHARMA                         TIME: 9:00 a.m.
13                                        HON GARLAND E. BURRELL JR.
                          Defendant.
14

15

16         IT IS HEREBY STIPULATED by and between the parties hereto through their respective

17  counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned

18  attorney for defendant, that the STATUS CONFERENCE shall be re calendared for May 20, 2016.

19  Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct

20  legal research and factual development.

21         Dated: March 31, 2016              /s/ Mark J. Reichel
                                              _____
22                                   By:      MARK J. REICHEL
                                              Attorney for Defendant
23
                                              BENJAMIN B. WAGNER
24                                            United States Attorney

25                                            /s/ Mark J. Reichel for
                                              _____
26                                            SHERRY HAUS
                                              Assistant U.S. Attorney
27

28

                                              1

1

**ORDER**

2        **IT IS SO ORDERED**.

3    Dated:  March 31, 2016

4

5

6    _____
     GARLAND E. BURRELL, JR.

7    Senior United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28