1  REICHEL & PLESSER LLP
   MARK J. REICHEL, State Bar #155034
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone: (916) 498-9258

4  Attorney for SHALLYA SHARMA

5

6

7                     IN THE UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,           CASE NO.  15-051 GEB

11                 Plaintiff,            STIPULATION TO CONTINUE STATUS
                                         CONFERENCE
            v.
12                                       DATE: May 20, 2016
    SHALLYA SHARMA                       TIME:  9:00 a.m.
13                                       HON GARLAND E. BURRELL JR.
                   Defendant.
14

15
          IT IS HEREBY STIPULATED by and between the parties hereto through their respective
16
    counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned
17
    attorney for defendant, that the STATUS CONFERENCE shall be re calendared for May 20, 2016.
18
    Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct
19
    legal research and factual development. Accordingly, all counsel and defendant agree that time under the
20
    Speedy Trial Act from the date this stipulation is lodged, through May 20, 2016 should be excluded in
21
    computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18
22
    U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends
23
24  of justice and outweighs the best interests of the public and the defendant in a speedy trial

25

26
    Dated: March 31, 2016                        */s/ Mark J. Reichel*
27                                              _____
                                          By:    MARK J. REICHEL
28                                               Attorney for Defendant

                                                    1

BENJAMIN B. WAGNER  
United States Attorney

*/s/ Mark J. Reichel for*

_____  
SHERRY HAUS  
Assistant U.S. Attorney

**ORDER**

        **IT IS SO ORDERED**.

Dated:  April 5, 2016

_____  
GARLAND E. BURRELL, JR.  
Senior United States District Judge