1  REICHEL & PLESSER LLP
   MARK J. REICHEL, State Bar #155034
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone:  (916) 498-9258

4  Attorney for SHALLYA SHARMA

5

6
                    IN THE UNITED STATES DISTRICT COURT
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,              CASE NO.  15-051 GEB
10
                      Plaintiff,          STIPULATION TO CONTINUE STATUS
11                                        CONFERENCE
           v.
12                                        DATE: October 21, 2016
   SHALLYA SHARMA                         TIME:  9:00 a.m.
13                                        HON GARLAND E. BURRELL JR.
                      Defendant.
14

15
           IT IS HEREBY STIPULATED by and between the parties hereto through their respective
16
   counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned
17
   attorney for defendant, that the STATUS CONFERENCE shall be re calendared for October 21, 2016.
18
   Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct
19
   legal research and factual development.  Defense counsel is in receipt of voluminous discovery which is
20
   still being reviewed and evaluated.  Accordingly, all counsel and defendant agree that time under the
21
   Speedy Trial Act from the date this stipulation is lodged, through October 21, 2016 should be excluded in
22
   computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18
23
   U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the ends
24
   of justice and outweighs the best interests of the public and the defendant in a speedy trial
25

26
   Dated: August 18, 2016                        */s/ Mark J. Reichel*
27                                               _____
                                         By:     MARK J. REICHEL
28                                               Attorney for Defendant

                                                  1

1
2         BENJAMIN B. WAGNER
        United States Attorney

3         */s/ Mark J. Reichel for*

4         _____
        JARED DOLAN
5         Assistant U.S. Attorney

6    **ORDER**

7    **IT IS SO FOUND AND ORDERED.**

8    **Dated: August 22, 2016**

*(signed)*
GARLAND E. BURRELL, JR.
Senior United States District Judge

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2