1  REICHEL & PLESSER LLP
   MARK J. REICHEL, State Bar #155034
2  455 Capitol Mall, Ste. 802
   Sacramento, CA 95814
3  Telephone:  (916) 498-9258

4  Attorney for SHALLYA SHARMA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.  15-051 GEB |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE STATUS CONFERENCE |
| v. | |
| SHALLYA SHARMA | DATE: April 14, 2017 |
| | TIME:  9:00 a.m. |
| Defendant. | HON GARLAND E. BURRELL JR. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned attorney for defendant, that the STATUS CONFERENCE shall be re calendared for April 14, 2017.  Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct legal research and factual development.  Accordingly, all counsel and defendant agree that time under the Speedy Trial Act from the date this stipulation is lodged, through April 14, 2017 should be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title 18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the

1

granting of the continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial.

Dated: March 24, 2017  /s/ Mark J. Reichel

By:  _____
MARK J. REICHEL
Attorney for Defendant

PHILLIP J. TALBERT
United States Attorney

/s/ Mark J. Reichel for

_____
JARED DOLAN
Assistant U.S. Attorney

## ORDER

**IT IS SO ORDERED**.  TIME IS EXCLUDED AS SET FORTH ABOVE.

Dated:  March 29, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2