REICHEL & PLESSER LLP
MARK J. REICHEL, State Bar #155034
455 Capitol Mall, Ste. 802
Sacramento, CA 95814
Telephone: (916) 498-9258

Attorney for SHALLYA SHARMA


IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA


| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                   Plaintiff,<br><br>       v.<br><br>SHALLYA SHARMA<br><br>                Defendant. | CASE NO. 15-051 GEB<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE<br><br>DATE: October 20, 2017<br>TIME: 9:00 a.m.<br>HON GARLAND E. BURRELL JR. |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective

counsel, the undersigned Assistant United States Attorney, attorney for Plaintiff, and the undersigned

attorney for defendant, that the STATUS CONFERENCE shall be re calendared for October 20, 2017.

Defense counsel needs the additional time to review discovery, explore potential defenses, and conduct

legal research and factual development. Accordingly, all counsel and defendant agree that time under the

Speedy Trial Act from the date this stipulation is lodged, through October 20, 2017 should be excluded

in computing the time within which trial must commence under the Speedy Trial Act, pursuant to Title

18 U.S.C. § 3161 (H)(7)(B)(iv) and Local Code T4 in that the granting of the continuance serves the

ends of justice and outweighs the best interests of the public and the defendant in a speedy trial

Dated: September 21, 2017             */s/ Mark J. Reichel*

                                      _____

             By:    MARK J. REICHEL
                     Attorney for Defendant

1

PHILIP TALBERT
United States Attorney

*/s/ Mark J. Reichel for*
_____
JARED C. DOLAN
Assistant U.S. Attorney

# ORDER

**IT IS SO ORDERED**.

Dated:  September 22, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge