| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | NOA E. OREN, #297100 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, California 95814 |
| | Telephone: (916) 498-5700/Facsimile: (916) 498-5710 |
| 5 | Noa_Oren@fd.org |
| 6 | Attorney for Defendant |
| | SHALLYA SHARMA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-051 GEB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | TO ADVANCE STATUS CONFERENCE |
| | ) | |
| SHALLYA SHARMA, | ) | Date: March 23, 2018 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Garland E. Burrell |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Matthew Segal, Assistant United States Attorney and attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren, attorney for Shallya Sharma, that the status conference set for March 23, 2018, be continued to April 27, 2018 at 9:00 a.m.

[LEFT BLANK INTENTIONALLY]

Stipulation and Order                    -1-

| | | |
|---|---|---|
| | | Respectfully submitted, |
| 1 | DATED: March 21, 2018 | HEATHER E. WILLIAMS<br>Federal Defender |
| | | */s/ Noa E. Oren*<br>NOA E. OREN<br>Assistant Federal Defender<br>Attorney for Defendant<br>SHALLYA SHARMA |
| | DATED: March 21, 2018 | MCGREGOR W. SCOTT<br>United States Attorney |
| | | */s/ Matthew Segal*<br>MATTHEW SEGAL<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court orders the status conference rescheduled for April 27, 2018, at 9:00 a.m.

Dated: March 22, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge