1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  NOA E. OREN, #297100
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700/Facsimile: (916) 498-5710
5  Noa_Oren@fd.org

6  Attorney for Defendant
   SHALLYA SHARMA
7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,        ) Case No. 2:15-cr-051 GEB
                                      )
11 |         Plaintiff,                )
                                      ) STIPULATION AND [PROPOSED] ORDER
12 |     v.                            ) TO ADVANCE STATUS CONFERENCE
                                      )
13 | SHALLYA SHARMA,                   ) Date:  April 19, 2018
                                      ) Time:  9:00 a.m.
14 |         Defendant.                ) Judge: Garland E. Burrell
                                      )
15                                    )

16

17

18     IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States

19 Attorney, through Matthew Segal, Assistant United States Attorney and attorney for Plaintiff,

20 and Heather Williams, Federal Defender, through Assistant Federal Defender, Noa E. Oren,

21 attorney for Shallya Sharma, that the status conference set for April 27, 2018, be continued to

22 May 18, 2018 at 9:00 a.m.

23

24

25                          [LEFT BLANK INTENTIONALLY]

26

27

28

Stipulation and Order                    -1-

Respectfully submitted,

DATED: April 19, 2018

HEATHER E. WILLIAMS
Federal Defender

*/s/ Noa E. Oren*
NOA E. OREN
Assistant Federal Defender
Attorney for Defendant
SHALLYA SHARMA

DATED: April 19, 2018

MCGREGOR W. SCOTT
United States Attorney

*/s/ Matthew Segal*
MATTHEW SEGAL
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court orders the status conference rescheduled for May 18, 2018, at 9:00 a.m.

Dated: April 23, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge