McGREGOR W. SCOTT
United States Attorney
KURT A. DIDIER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-cr-0051-KJM |
|---|---|
| Plaintiff, | **STIPULATION FOR THE PARTIAL EXONERATION OF DEFENDANT'S CASH APPEARANCE BOND; AND ORDER THEREON** |
| v. | |
| SHALLYA KUMAR SHARMA, | |
| Defendant. | |

Defendant Shallya Kumar Sharma posted a $20,000 cash bond to secure his appearance at trial. Plaintiff United States and Defendant (the Parties) hereby stipulate to the partial exoneration of that bond based on the following grounds:

1. At his March 4, 2016 initial appearance, the Court ordered Defendant released on a $20,000 cash bond and under conditions stated on the record (the Bond). ECF No. 10. Defendant paid the Bond on March 9, 2016.

2. Defendant entered a guilty plea to Count 1 of the Indictment pursuant to a plea agreement on November 17, 2017. *See* ECF No. 58. The Court sentenced Defendant to a term of imprisonment and ordered him to pay a $100 special assessment, $10,000 fine and $587,459.42 in restitution. ECF Nos. 86 and 87. Defendant has paid the special assessment and a small portion of the restitution.

3. The Court approved the Parties' Stipulation for Final Order of Forfeiture on September

28, 2018. ECF No. 89. The Order forfeited to the United States multiple Sacramento area real properties. The United States is in the process of liquidating those properties for the purpose of applying ("restoring") the proceeds towards Defendant's unpaid restitution. The restoration process takes time and requires the approval of another Department of Justice component. Sales proceeds, if approved for restoration, cannot be applied towards Defendant's unpaid fine.

4. The Parties agree that $10,000 of the $20,000 Bond can be exonerated and applied to Defendant's $10,000 fine pursuant to 28 U.S.C. § 2044 (Payment of fine with bond money). The $10,000 remainder (the Bond Remainder) shall remain in the Court's Deposit Fund pending disposition of the liquidated forfeiture proceeds.

5. If the liquidated forfeiture proceeds can be applied to Defendant's unpaid restitution and are adequate to satisfy the restitution balance, the United States agrees that the Bond Remainder can be returned to the Defendant. It will not oppose Defendant's effort to exonerate the Bond Remainder. Conversely, if the liquidated forfeiture proceeds cannot be applied towards the restitution or are insufficient to satisfy the unpaid restitution, Defendant agrees the Bond Remainder shall be applied to his unpaid restitution order. Defendant will not oppose the United States' efforts to apply the Bond Remainder to the unpaid restitution. Based on the foregoing, the Parties agree the Court can and should enter an Order:

    A. Approving this Stipulation;

    B. Directing the Clerk of Court to apply $10,000 of the Bond towards Defendant's $10,000 fine; and

    C. Restraining the exoneration of the Bond Remainder except upon further Court order.

Respectfully submitted,

FOR THE UNITED STATES:

McGREGOR W. SCOTT
United States Attorney

Dated: February 14, 2020        By:    */s/ Kurt A. Didier*
                                                            KURT A. DIDIER
                                                             Assistant United States Attorney

STIPULATION RE PARTIAL BOND
EXONERATION: AND ORDER

FOR THE DEFENDANT:

Dated: February 14, 2020  By:   */s/ Shallya Kumar Sharma*
                                                   SHALLYA KUMAR SHARMA

APPROVED AS TO FORM AND CONTENT:

Dated: February 14, 2019  By:   */s/ Noa Oren*
                                                   NOA OREN
                                                   Federal Public Defender, counsel for Defendant

STIPULATION RE PARTIAL BOND
EXONERATION; AND ORDER

**O R D E R**

The Court, having reviewed the court files and the Parties' Stipulation for the Partial Exoneration of Defendant's Cash Appearance Bond (the Stipulation), and good cause appearing therefrom, hereby APPROVES the Stipulation. Accordingly, IT IS ORDERED that the:

1. Clerk of Court shall apply $10,000 of defendant Shallya Kumar Sharma's $20,000 cash appearance bond towards his $10,000 fine; and

2. $10,000 bond remainder shall remain in the Court's Deposit Fund until further Court order.

IT IS SO ORDERED.

DATED: February 24, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION RE PARTIAL BOND
EXONERATION; AND ORDER