HEATHER E. WILLIAMS, State Bar No. 122664
Federal Defender
NOA OREN, State Bar No. 297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
PHONE (916) 498-5700
FAX (916) 498-5710
Noa_oren@fd.org

Attorneys for Defendant
SHALLYA SHARMA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:15-cr-00051-KJM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND |
| ) | BRIEFING SCHEDULE FOR MOTION TO |
| v. ) | VACATE AND/OR REDUCE SENTENCE; |
| ) | REQUEST FOR HOME CONFINEMENT OR |
| SHALLYA SHARMA, ) | COMPASSIONATE RELEASE |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

On August 19, 2020, defendant SHALLYA SHARMA filed a Motion for Compassionate Release (ECF No. 97). The Office of the Federal Defender for the Eastern District of California has assigned Assistant Federal Defender Noa Oren to represent him in filing a supplemental brief in support of defendant's motion. Accordingly, the parties stipulate as follows:

The time for defendant to file his Supplemental Brief in Support of the Motion for Compassionate Release shall be September 28, 2020. The time for the Government to file its Response to the Motion for Compassionate Release shall be October 12, 2020. The time for defendant to file his Reply Brief in Support of the Motion for Compassionate Release is October 19, 2020.

//

//

        Respectfully submitted,

        HEATHER E. WILLIAMS
        Federal Defender

Dated: August 26, 2020        */s/ Noa Oren*
        NOA OREN
        Assistant Federal Defender
        Attorneys for Defendant
        SHALLYA SHARMA

        McGREGOR W. SCOTT
        United States Attorney

Dated: August 26, 2020        */s/ Matt Segal*
        MATTHEW SEGAL
        Assistant United States Attorney
        Attorneys for Plaintiff
        UNITED STATES OF AMERICA

IT IS SO ORDERED.

This order resolves ECF No. 99.

Dated: August 31, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE