McGREGOR W. SCOTT
United States Attorney
JILL M. THOMAS
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-00051-KJM |
|---|---|
| Plaintiff, | STIPULATION REGARDING SCHEDULE FOR DEFENDANT'S MOTION TO REDUCE SENTENCE UNDER 18 U.S.C. § 3582(c)(1)(A); FINDINGS AND ORDER |
| v. | |
| SHALLYA KUMAR SHARMA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America (the "government"), by and through its counsel of record, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The defendant filed a motion for compassionate release on September 28, 2020. Docket Nos. 97, 101. By stipulation, the government's response is due on October 12, 2020, with any reply from the defendant due on October 19, 2020. Docket No. 100.

2. Counsel for the government requests additional time to obtain relevant records and draft the government's response to the defendant's motion. The defendant does not oppose the government's request.

3. Accordingly, by this stipulation, the parties jointly request that the Court set the briefing schedule on the defendant's motion as follows:

   a) The government's response to the defendant's motion to be filed on or before October 14, 2020;

b)  The defendant's reply to the government's response to be filed on or before October 21, 2020.

IT IS SO STIPULATED.

Dated:  October 12, 2020                    McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/ JILL M. THOMAS
                                            JILL M. THOMAS
                                            Assistant United States Attorney

Dated:  October 12, 2020                    /s/ NOA OREN
                                            NOA OREN
                                            Counsel for Defendant
                                            SHALLYA KUMAR SHARMA

## FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the court adopts the following as a revised briefing schedule regarding defendant's motion for sentence reduction:

a)  The government's response to defendant's motion, ECF Nos. 97 & 101, is due on or before October 14, 2020; and

b)  The defendant's reply to the government's response, if any, is due on October 21, 2020.

This order resolves ECF No. 103.

IT IS SO FOUND AND ORDERED this 14th day of October, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE