HEATHER E. WILLIAMS, #122664
Federal Defender
NOA E. OREN, #297100
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700
Fax: 916-498-5710
Noa_oren@fd.org

Attorney for Defendant
SHALLYA KUMAR SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:15-cr-00051-KJM-1 |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ~~PROPOSED~~ ORDER TO EXONERATE REMAINDER OF CASH BOND |
| vs. | ) ) | |
| SHALLYA KUMAR SHARMA, | ) ) | |
| Defendant. | ) ) ) | |

Defendant, Shallya Sharma, by and through his attorney of record, Assistant Federal Defender Noa Oren, hereby requests this Court issue the proposed order attached hereto exonerating the remaining $10,000.00 cash bond in the above-captioned case.

On March 4, 2016, after an Initial Appearance and Arraignment, Magistrate Judge Edmund F. Brennan ordered Mr. Sharma be released on a $20,000 cash bond. (ECF No. 10). The Clerk of the Court received the cash (RECEIPT Number #CAE200072819) on April 4, 2016. Mr. Sharma was released from custody and ordered to appear at all future proceedings, which he did.

On August 10, 2018, this Court sentenced Mr. Sharma to a 46 months' imprisonment. To date Mr. Sharma has paid in full his $200 special assessment, $10,000 fine, and $587,459.42 restitution ordered in the judgment.

The United States does not object to the motion to exonerate the remaining $10,000 cash

bond consistent with the stipulation filed at ECF No. 96, per Ms. Lynn Trinka Ernce, Chief of the Asset Recovery Unit at USAO.

Dated: January 23, 2023            Respectfully submitted,

                                                                  HEATHER E. WILLIAMS
                                                                  Federal Defender

                                                                  */s/ Noa E. Oren*
                                                                  NOA E. OREN
                                                                  Assistant Federal Defender
                                                                  Attorney for SHALLYA KUMAR SHARMA

Dated: January 23, 2023            PHILLIP A. TALBERT
                                                                  United States Attorney

                                                                  */s/ Lynn Trinka Ernce*
                                                                  Lynn Trinka Ernce
                                                                  Chief, Asset Recovery Unit
                                                                  Attorney for Plaintiff

**~~PROPOSED~~ ORDER**

IT IS HEREBY ORDERED that the Clerk of the Court exonerate the remaining cash bond in the above-captioned case and return it directly to Mr. Shallya Kumar Sharma.

The Court's financial department shall contact the Federal Defender to obtain Mr. Sharma's current contact information.

IT SO ORDERED.

Dated: January 24, 2023

_____
HON. JEREMY D. PETERSON
United States Magistrate Judge